BEFORE THE FIRST DIVISION, AUGUST 30, 1951

No. 55836.—Dolliff & McGrath et al. v. United States, protests 142704-K, etc. (Boston).

Opinion by Cole, J. In accordance with stipulation of counsel that the merchandise consists of Welsh Mountain wool the same in all material respects as the commodity passed upon in *Dolliff & McGrath* v. *United States* (25 Cust. Ct. 137, C. D. 1276), the claim of the plaintiffs was sustained.